UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JORDAN HAYNES**,                                          Civil Case No. 3:13-CV-00472-KI

        Plaintiff,

                                                            JUDGMENT

                      v.

**CAROLYN W. COLVIN**,
Acting Commissioner of Social Security

        Defendant.

       Merrill Schneider
       Schneider Kerr & Gibney Law Offices
       P. O. Box 14490
       Portland, Oregon 97293

            Attorney for Plaintiff

       S. Amanda Marshall
       United States Attorney
       District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, Oregon  97204

Thomas M. Elsberry
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington  98104-7075

  Attorneys for Defendant

KING, Judge:

  Based on the record,

  The decision of the Commissioner is reversed.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

  Dated this      1st        day of April, 2014.

          /s/ Garr M. King
         Garr M. King
         United States District Judge